| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Michael Ball | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.

Mauricio BARRON VARGAS

Case No. Case: 2:25−mj−30545
Assigned To : Unassigned
Assign. Date : 8/26/2025
Description: CMP USA v Barron
Vargas (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 23, 2025 _____ in the county of _____ Sanilac _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Ball, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __ August 26, 2025 __

City and state: _ Detroit, MI _

_____
*Judge's signature*

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael D. Ball, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since November of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Mauricio BARRON-VARGAS, which attests to the following:

2. Mauricio BARRON-VARGAS is a thirty-one-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about August 12, 2009, BARRON-VARGAS was arrested by U.S. Border Patrol Agents near Brownsville, Texas and was granted a Voluntary Return to Mexico.

4. On or about March 06, 2013, BARRON-VARGAS was arrested by U.S. Border Patrol Agents near Donna, Texas and was processed as an Expedited Removal.

5. On March 08, 2013, BARRON-VARGAS was removed from the United States to Mexico via Brownsville Gateway.

6. On August 23, 2025, BARRON-VARGAS was arrested by the Sanilac County Sherrif's Department for driving without a license and no vehicle registration. He was lodged at the Sanilac County Jail.

7. On August 23, 2025, after assisting the Sanilac County Sherrif's Department in identifying BARRON-VARGAS, and determining his immigration status, U.S. Border Patrol Agents placed a detainer on him.

8. On August 24, 2025, BARRON-VARGAS was picked up on his detainer by Border Patrol Agents and transported to the Marysville Border Patrol Station

for further investigation and processing.   After his lack of status in the United States was confirmed, his prior order of removal was reinstated.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357,1225,1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of records from the alien file (A# xxx xxx 108) for BARRON-VARGAS and queries in U.S. Department of Homeland Security databases confirm that no record exists of BARRON-VARGAS obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about March 08, 2013.

11. Based on the above information, there is probable cause to believe that, on or about August 23, 2025, at or near Sanilac County, in the Eastern District of Michigan, Southern Division, Mauricio BARRON-VARGAS, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about March 08, 2013, at or near Brownsville, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8 USC § 1326(a).

Michael D. Ball, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

August 26, 2025